FIRST NATIONAL BANK OF NUTLEY, N. J., CAMPBELL-SCHULTZ COMPANY and Others, Respondents, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant, THE CENTRAL FOUNDRY COMPANY, EDWARD C. OERTZEN, Respondents, MICHAEL C. McELLIGOTT and MORRIS S. TREMAINE, as Comptroller of the State of New York, Defendants.— The trial of this cause and the determination as to the ownership of a fund of about $20,000 in the hands of the State Comptroller have been delayed for years. A mistrial was granted because the attorney for appellant failed to keep his agreement following a request by the court to present some eighty-four exhibits to the attorneys for other parties for examination. It was the desire of the court that the exhibits should be offered *en masse* and objections taken in a like manner in order to expedite the trial. No adequate explanation for the failure is given. Costs were properly assessed against his client. Order unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

LETTIE VINCENT, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent. (Action No. 1.) ANNE HAND, Respondent, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent. (Action No. 2.) — Plaintiff Lettie Vincent, in Action No. 1, has appealed from an order consolidating the above-entitled actions and granting the right to open and close to Anne Hand, plaintiff in Action No. 2. These actions arise out of a group policy of insurance issued to Delaware, Lackawanna & Western Railroad Company insuring the life of Thomas J. Brawley, one of its employees. Mrs. Hand sues as the designated beneficiary of the policy at the time of Brawley's death. Mrs. Vincent seeks to recover the proceeds of the same policy upon a contract alleged to have been made with her by Brawley during his lifetime. Mrs. Hand's action was commenced on September 9, 1940; Mrs. Vincent's action was commenced on November 15, 1940. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ANNA M. CONKLIN, Respondent, v. HORACE E. CONKLIN, Appellant.— Appeal from an order, made at the Broome County Special Term of Supreme Court on October 5, 1940, which modified a final decree of divorce by reducing the provision for plaintiff's support from $250 to $200 a month, and allowing plaintiff $250 as a counsel fee for opposing the motion. Order modified by reducing counsel fee to $150, and as so modified affirmed, without costs, but with disbursements. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.